ORIG...
FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

'07 SEP 24 AM 10: 03

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| EDWARD D. JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV407-102 |
| OFFICER CHRIS BENDA, AGENT ROSHI SMITH, AND AGENT STEPHANIE WILLIAMS, | ) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 24th day of September, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA