

# United States District Court
## *Southern District of Georgia*

Edward D. Johnson

**JUDGMENT IN A CIVIL CASE**

**v.**

Officer Chris Benda, et al.

CASE NUMBER:  CV407-102

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 9/24/07, adopting the Magistrate Judge's Report and

Recommendation; Judgment is hereby entered dismissing plaintiff's case.

| 9/24/07 | Scott L. Poff |
|---|---|
| *Date* | *Clerk* |

*Walter Prescott*

*(By) Deputy Clerk*